UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                  Plaintiff,<br><br>      vs.<br><br>LUIS MANUEL PRIETO-GARCIA,<br><br>                  Defendant. | CASE NO. 09CR4187-JM<br><br>JUDGMENT OF DISMISSAL |

FILED
2009 DEC 28 AM 9:25
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
                        DEPUTY

     IT APPEARING that the defendant is now entitled to be discharged for the reason that:

__X__ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

____ the Court has dismissed the case for unnecessary delay; or

____ the Court has granted the motion of the Government for dismissal; or

____ the Court has granted the motion of the defendant for a judgment of acquittal; or

____ a jury has been waived, and the Court has found the defendant not guilty; or

____ the jury has returned its verdict, finding the defendant not guilty;

____ of the offense(s) of:

     IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 12/21/09

                                       ANTHONY J. BATTAGLIA
                                       UNITED STATES DISTRICT JUDGE

                                       ENTERED ON _____